UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BRANDY J. GRAHAM and <br> CHRISTOPHER M. GRAHAM, <br><br> Plaintiffs, <br><br> v. <br><br> BLAINE'S INC., d/b/a BLAINE'S <br> GRILL & BAR, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 3:03-CV-686 <br> ) (Guyton) <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment. [Doc. 8].

The plaintiff has filed several motions, which the parties now advise the Court have been resolved. Accordingly, the plaintiff's Motion to Compel [Doc. 23], Motion to Exclude Testimony [Doc. 24], and Motion to Inspect [Doc. 25] are hereby **DENIED AS MOOT**.

**IT IS SO ORDERED.**

                                              **ENTER:**

                                                 s/ H. Bruce Guyton
                                          United States Magistrate Judge