UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BRANDY J. GRAHAM and<br>CHRISTOPHER M. GRAHAM,<br><br>    Plaintiffs,<br><br>v.<br><br>BLAINE'S INC., d/b/a BLAINE'S<br>GRILL & BAR,<br><br>    Defendant. | No. 3:03-CV-686<br>(Guyton) |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c) and Rule 73(b) of the Federal Rules of Civil Procedure, for all further proceedings, including entry of judgment. [Doc. 8]. The trial of this matter commenced on August 23, 2005, at which time the defendant made an oral motion to dismiss the claims of the plaintiff Christopher Graham for failure to prosecute. Mr. Graham was not present at the trial, and there was no opposition to the motion. For good cause shown, the defendant's motion to dismiss the claims of the plaintiff Christopher Graham for failure to prosecute is **GRANTED**.

    **IT IS SO ORDERED.**

                                    **ENTER:**

                                         s/ H. Bruce Guyton
                                   United States Magistrate Judge